# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

__________ Division

Heather Hoffman

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Melissa Karponch

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. ____________________

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Heather Hoffman
Address: 96 A Compass Rd
Parkesburg, Pa 19365
*City* *State* *Zip Code*
County: Chester
Telephone Number: 484 667 0741
E-Mail Address: hoffmanheather@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Melissa Karpovich
Job or Title *(if known)*: Caernarvon Officer
Address: c/o 3307 Main St
Morgantown, Pa 19543
*City* *State* *Zip Code*
County: Berks
Telephone Number: 610 286 1012
E-Mail Address *(if known)*:

[X] Individual capacity &/or [X] Official capacity

Defendant No. 2

Name: TBD on joinder
Job or Title *(if known)*:
Address:

*City* *State* *Zip Code*
County:
Telephone Number:
E-Mail Address *(if known)*:

[ ] Individual capacity [ ] Official capacity

Defendant No. 3

Name
Job or Title *(if known)*
Address

City State Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name
Job or Title *(if known)*
Address

City State Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Constitutional - Amendments 4th, 5th, 8th, 14th
not limited to only listed

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

I was mailed a citation that was type date 3/1/21 and then ~~adultered~~ (adulterated) to "2/20/21" was a Saturday not a Monday as listed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Emerson Pa (in my private rental) with NO Police Calls.

B. What date and approximate time did the events giving rise to your claim(s) occur?

2/20/21 / 3/1/21

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Mailed a ticket / Citation by said officer Karpovich. She has no jurisdiction over the rental address I was at on 2/20/21 and 3/1/21 (Building owner) not yet contacted). She clearly stated in open district Court "I mailed you a Citation". That states she pulled me over. I was in Bed on that day Both 2/20/21 and 3/1/21 at 4am.

She was impeached in District Court.

III Statement of Claim (Cont)

C. Even after being impeached, went to the District Attorney whom threatened me with "I could give you 1 year in jail." (Not the Statute presently).

I did my due diligence in Penn Dot and Case

1 LIN 2015

and CP-06-SA-281-2021

Therefore, my PA drivers licence has been Valid since 12/2002.

(Justice David Miller - Distict Court Lancaster Pa)

I was hit in that accident & not at fault.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

- Mental stress and anguish
- Pain and suffering
- Fear of being further Falsely Incarcerated as years before and proven - or worse just for sleeping. (Medical necessity for diabetics to eat, rest when ill etc)
- Loss of enjoyment of my personal life

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

- Correct the record Penn Dot cannot refuse to correct. (75 title 1772)
- Punitive damages $5,000.00 for mental torture, which had no probable cause to inflict nor any jurisdiction from said Officer. (Not limited to only this) - No other Officer treat us like this
- Any further willful ~~harassmen~~ harassment from anyone toward myself or family for no just reason (goes to specific intent) - please harsher sanctions - demote; fire or incarcerate. Its too much to be treated indifferently etc

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3-14-22

Signature of Plaintiff [signature]

Printed Name of Plaintiff Heather Hoffman

### B. For Attorneys

Date of signing: ____________

Signature of Attorney ____________

Printed Name of Attorney ____________

Bar Number ____________

Name of Law Firm ____________

Address ____________

City ____________ State ____________ Zip Code ____________

Telephone Number ____________

E-mail Address ____________

| Commonwealth of Pennsylvania | : IN THE COURT OF COMMON PLEAS OF BERKS COUNTY |
|---|---|
| V | OF BERKS COUNTY, Pennsylvania – Criminal Division |
| Heather Hoffman | : Docket NO : CP-06-SA-281-2021 |
| | Judge : John A. Boccabella |

Motion for Dismissal without Prejudice

And now comes Heather Hoffman pursuant to Rule 401Test for Relevant Evidence and Rule 402 – General Admissibility of Relevant Evidence.

- Rule 401 Test for Relevant evidence
- (b)the fact is a consequence in determining the action
- Rule 402 US Constitution
- Federal statute;these rules;other rules by the Supreme Court.
- Irrelevant evidence is not admissible.

Rule 104 (b) Relevance that depends on a Fact.

Bessenyei V Vermillion,Inc., C.A. No. 7572- VCN ( Del.Ch.Nov. 16,2012 ) ( Noble, V.C.)

"...Pennsylvania courts have also concluded that it is unlawful in Pennsylvania to notarize documents that are not signed in the notary's presence. In Downing, the Pennsylvania Commonwealth Court found invalid a notarization performed by a notary public who "affixed her notary seal to a document which, although signed by [the appellant], had not been signed in her presence."14The Downing court further stated that "while it is all too common a practice for notaries public to affix their seals to documents not signed in their presence, such a practice, however, is clearly unlawful, and should not be condoned, for the evils of such an unlawful practice are readily apparent. . . ." [1 LIN 2015 Joinder]

This evidence clerked in evidenced by time stamp – in 2002 therefore VOIDS the 'default judgment' of allegation amount of 2,049.25 ( No legal fees listed- no insurance documents ever presented.) I am not interested in wasting Court's time – This case was properly adjudicated in Justice Miller's Court. In 1 LIN 2015 Insolvency can combine all pending issues that were /are/tbd under joinder. I am not interested in out of statute functions. My right to drive is all that is necessary,please.

I further understand that the Police have a job to do. The 2/20/21 I was not questioned in Sheetz parking lot by a uniformed or plain clothes officer. Nor knowingly followed. I was in the right of my privacy in my rental. I have no need to lie to an officer nor the Court. If There is no RING camera footage available of a non public hallway on 2/20/21 and/or 3/1/21 , please based on both Common law principles of Beyond a Reasonable Doubt and Preponderance of the Evidence , I would like my legal right to drive not to be obstructed any further. Thank You.

# EXHIBITS – Link to Filed Documents with Lancaster County Prothonotary

# Lancaster PA

I , Heather Hoffman , hereby verify that the statements made herein are true to the best of my knowledge , information and belief.I further verify they are subject to the penalties of PA 18 4904 unsworn falsification to authorities.

11/10/2021 s/Heather Hoffman

2-23-22 Heather Hoffman

I hereby verify service by Rules of Civil Procedure in Pennsylvania , US Mail or email.

11/10/2021 s/ Heather Hoffman

2-23-22 Heather Hoffman

Links below

To protect identity of others due to confidentiality laws etc

https://prothonotary.co.lancaster.pa.us/CivilCourt.Public/(S(day5d2ilfevs0dmrtlmsovbj))/Handlers/DocumentHandler.ashx?vid=45605

https://prothonotary.co.lancaster.pa.us/CivilCourt.Public/(S(ysj2ofraqvrfqk1b5agilgqm))/Handlers/DocumentHandler.ashx?vid=966511

COMMONWEALTH OF PENNSYLVANIA
COUNTY OF BERKS

## SUMMONS FOR SUMMARY CASE TRAFFIC

Commonwealth of Pennsylvania
v.
Heather Lynn Hoffman

| | |
|---|---|
| Mag. Dist. No: | MDJ-23-3-01 |
| MDJ Name: | Honorable David E. Glass |
| Address: | 321 North Furnace Street<br>Suite 180<br>Birdsboro, PA 19508 |
| Telephone: | 610-582-8615 |

Heather Lynn Hoffman
10 E Main St
Po Box 378
Elverson, PA 19520

Docket No: MJ-23301-TR-0000425-2021
Case Filed: 3/1/2021

**Charge(s)**

75 § 1543 §§ A (Lead) DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED OR REVOKED

| | | | | | |
|---|---|---|---|---|---|
| FINE AND COSTS: | Fine: 200.00 | Costs/Fees: 134.86 | Server Fees: | Restitution: | Total Due: 334.86 |
| OFFENSE: | Date: 03/01/2021 | Time: 4:00 am | Location: 3800 BLK MAIN ST | | |
| VEHICLE: | Plate Number: HZN9083 | State: PA | Registration Yr: 2021 | Make: Ford | |
| | Model: Sedan, 4 Door | | Officer: Melissa J. Karpovich | | |

**WITHIN TEN (10) DAYS OF RECEIPT OF THIS SUMMONS YOU MUST:**

1. PLEAD NOT GUILTY by notifying the magisterial district judge above in writing and forwarding an amount equal to the total due specified above plus $9.00 if the offense charged is a motor vehicle offense as required by statute; or if the fine and costs are not specified, forward the sum of $50.00 as collateral for your appearance
2. PLEAD NOT GUILTY by appearing before the magisterial district judge above and posting such collateral for your appearance as the magisterial district judge shall require; OR,
3. If you cannot afford to pay the total due specified above or the $50.00 collateral, you must appear before the magisterial district judge above to enter a plea; OR,
4. PLEAD GUILTY by notifying the magisterial district judge above in writing, signing the appropriate plea under the MAIL IN PLEA section, and forwarding an amount equal to the total due specified above; OR,
5. PLEAD GUILTY by appearing before the magisterial district judge above if the total due is not specified, or if you are required to appear because the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S. Section 1543(b) (Driving while operating privilege is suspended or revoked)

- IF YOU ARE FOUND GUILTY BY THE MAGISTERIAL DISTRICT JUDGE AND WISH TO APPEAL, YOU HAVE THIRTY (30) DAYS TO REQUEST A TRIAL DE NOVO IN THE COURT OF COMMON PLEAS
- ALL CHECKS OR MONEY ORDERS FOR FINE, COSTS, FEES, OR FOR COLLATERAL, SHALL BE MADE PAYABLE TO "MAGISTERIAL DISTRICT NO MDJ-23-3-01" You can make case payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at ***https://ujsportal.pacourts.us/epay*** to make a payment
- *IF YOU FAIL TO RESPOND TO THIS SUMMONS WITHIN THE TIME SPECIFIED ABOVE, A WARRANT FOR YOUR ARREST SHALL BE ISSUED.*

***IF YOU INTEND TO RESPOND BY MAIL:***

Detach and complete the lower portion of this summons with your signature on the appropriate plea line, (1) or (2).

If you PLEAD NOT GUILTY, your check or money order must be in the amount of the total due specified above, plus $9.00 costs. If the total due is not specified, your check or money order must be in the amount of $50.00 which will be held for collateral for your appearance at trial. You will be notified by mail of your date and time for trial.

If you PLEAD GUILTY, enclose a check or money order in the amount of the total due specified above. Failure to remit the full amount of the fine, costs, and fees may result in the issuance of a warrant for your arrest. Your check or money order shall be made payable to "Magisterial District No MDJ-23-3-01".

(DETACH HERE)

**MAIL IN PLEA**

I represent that I make this plea knowingly, voluntarily, and intelligently. (Failure to indicate a plea when forwarding an amount equal to the total due specified above will result in a guilty plea being recorded.)

Docket No: MJ-23301-TR-0000425-2021 Citation No: E 00043514 Defendant: Hoffman, Heather Lynn

1. I PLEAD NOT GUILTY Heather Hoffman
(Signature)

2. I PLEAD GUILTY ______________________
(Signature)

I was not off private property. I was in my home.

**If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.**

MDJS 617A
Printed: 03/02/2021 8:45:49AM

I do not Consent to torture and illegal treatment.

1

FREE INTERPRETER
www.pacourts.us/language-rights
610-582-8615

COMMONWEALTH OF PENNSYLVANIA
Magisterial District No. MDJ-23-3-01
321 North Furnace Street
Suite 180
Birdsboro, PA 19508
610-582-8615

**TRAFFIC CITATION**

CITATION NO.: E0004351-4
Docket Number Assigned by Court: MJ-23301-TR-0000425-2021
FILED: 03/01/2021

| Field | Value |
|---|---|
| Defendant's First Name | Heather |
| Middle Name | Lynn |
| Last Name | Hoffman |
| Suffix | |
| Driver's Number | 22940594 |
| State | PA |
| CDL | NO |
| Race | |
| Sex | F |
| Defendant's Address Street | 10 E MAIN ST. |
| City | ELVERSON |
| State | PA |
| Zip Code | 19520 |
| D.O.B. | 09/04/1971 |
| Ethnicity | |
| Primary Phone | |
| 2nd Phone | |
| PRIMARY VEHICLE — Veh. Reg. No. | HZN9083 |
| Reg. Yr. | 2021 |
| State | PA |
| Model Yr. | 2003 |
| Make | FORD |
| Model | FORD-FOC |
| Style | Sedan, 4 Door |
| Color | Red |
| TRAILING UNIT 1 — Veh. Reg. No. / Reg. Yr. / State / Make / Style / Color | |
| TRAILING UNIT 2 — Veh. Reg. No. / Reg. Yr. / State / Make / Style / Color | |
| Owner/Lessee or Carrier | Hoffman |
| First Name | Heather |
| Middle Name | Lynn |
| Suffix | |
| Owner Street Address | 10 E MAIN ST. |
| City | ELVERSON |
| State | PA |
| Zip Code | 19520 |
| Charge | DRIVING WHILE OPERATING PRIVILEGE IS SUSPENDED OR REVOKED |
| Title | TITLE 75 |
| Nature of Offense | OPERATION OF VEHICLE WITH SUSPENDED OR REVOKED LICENSE |
| 67 PA Code | |
| Section | 1543 |
| Subsection | A |
| Ref. 49 CFR | |
| FINE | 200.00 |
| Actual Speed / Allowed Speed / Timing Device / Fine Doubled Due To | |
| E.M.S. | ~~$ 10.00~~ 20.00 |
| Offense Date | 03/01/2021 (handwritten: 2/20/21) |
| Time | 4:00 |
| Day | Monday |
| Vehicle Weight | lbs. |
| Permitted Weight | lbs. |
| File on Info. Rec'd | No |
| Lab Serv. Requested | No |
| SURCHARGE | $ 45.00 |
| Comm. Veh. | No |
| HazMat | No |
| Juvenile | No |
| Parents Notified | No |
| Accident Rpt. | No |
| Incident Number | 32-21-0634 |
| Weather Conditions | No Adverse Conditions |
| COSTS | ~~$ 40.50~~ 42.60 |
| Location | 3800 BLK MAIN ST. |
| J.C.P./A.T.J. | ~~$ 22.00~~ |
| Route | 0023 |
| Dir. of Travel | E |
| Interstate | No |
| County | Berks |
| Twp-Boro-City | Caernarvon Township |
| Total Due | $ 334.86 |
| Speed Timing Device Operator | |
| Miles Followed / Miles Timed / Secs. Timed | |
| Special Activity | None |
| Stopped By | Marked |
| Observed By | Marked |
| Speed Detection Type / Station Equip. Tested / Date Equip. Tested / Speed Equip. Serial No. | |
| Confidential Information Section | |

I verify that the facts set forth in this citation are true and correct to the best of my knowledge, information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 Pa.C.S. § 4904) relating to the unsworn falsification to authorities. I certify this filing complies with the UJS Case Records Public Access Policy.

| Officer | | Officer ID No. |
|---|---|---|
| KARPOVICH | E-FILED | 43649 |

THIS CITATION HAS BEEN ISSUED/FILED BY A MEMBER OF THE CAERNARVON TOWNSHIP — ORI Number PA0062400 — Phone Number (610) 286-101

## RIGHTS AND OBLIGATIONS

**This citation will be filed with the magisterial district judge whose address appears above.**

1. Within ten (10) days of the receipt of this citation you must:
a. PLEAD NOT GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding for collateral an amount equal to the Total Due plus $9.00 if the offense charged is under the Vehicle Code; or if the Total Due is not specified, by forwarding the sum of $50.00 as collateral for your appearance at trial.
OR
b. PLEAD NOT GUILTY by appearing before the proper Magisterial District Judge and posting such collateral for your appearance as the Magisterial District Judge shall require.
OR
c. Appear before the proper Magisterial District Judge to enter a plea if you cannot afford to pay the Total Due or the $50.00 collateral.
OR
d. PLEAD GUILTY by notifying the proper Magisterial District Judge in writing, signing the appropriate plea below, and by forwarding an amount equal to the Total Due as specified, or by making payments online through Pennsylvania's Unified Judicial System web portal. Visit the portal at <https://ujsportal.pacourts.us/epay> to make a payment.
OR
e. PLEAD GUILTY by appearing before the proper Magisterial District Judge if the Total Due is not specified or if you are required to appear because of the offense with which you are charged carries a mandatory sentence of imprisonment, for example, a violation of 75 Pa.C.S.§ 1543(b) (Driving while operating privilege is suspended or revoked.)
2. If you fail to appear for trial, the trial may be held in your absence.
3. If you have been charged with a summary offense under the Vehicle Code, failure to respond within the time specified above will result in the suspension of your driver's license, the issuance of a summons or a warrant for your arrest.
4. If you have been charged with a violation of a local ordinance or any parking offense, failure to respond within the time specified above will result in the issuance of a summons.
5. If you plead guilty or are found guilty, points may be assessed against your driver's record. An accumulation of points may result in the suspension of your driving privilege.
6. Your driving privilege WILL BE SUSPENDED if you plead guilty or are found guilty of certain offenses under the Vehicle Code, including but not limited to, 75 Pa.C.S.§§ 1371, 3341, 3345, 3367, 3718, 3733, 3734, 3736, subsequent convictions of Pa.C.S.§ 3361when occurring in an active work zone and an accident report is submitted by the police, subsequent convictions of 75 Pa. C.S.§ 1501, a violation of 75 Pa.C.S.§ 3361when occurring in an active work zone and an accident report is submitted by the police, and a violation of 75 Pa.C.S.§ 3362 when occurring in an active work zone.
7. If you are found guilty by the Magisterial District Judge, or you plead guilty, and you wish to appeal, you have THIRTY (30) days to file an appeal for a trial in the Court of Common Pleas.
8. If you are disabled and require assistance, please contact the Magisterial District office shown above.

Explanation of Terms:
E.M.S. - Emergency Medical Service Act
SURCHARGE - Funds distributed pursuant to 75 Pa.C.S. §§ 3345(J) and 6506
J.C.P./A.T.J. - Judicial Computer Project/Access to Justice

MDJS 406-95

Printed: 03/02/2021 8:45:42AM

| | |
|---|---|
| Commonwealth of Pennsylvania | : IN THE COURT OF COMMON PLEAS OF BERKS COUNTY, Pennsylvania – Criminal Division |
| V | : Docket No. CP-06-SA-281-2021 |
| Heather Hoffman | Judge John A. Boccabella |

ORDER OF THE COURT

And Now this ____________________ day of __________________ 2022 , the Appeal filed in the above matter is :

___________ DISMISSED

____________ SUSTAINED and the suspension which is the basis of this appeal shall be rescinded.

___________ WITHDRAWN

____________ REMANDED to The Dept.of Transportation to update their records and to rescind the appealed suspension.

____________ Continued and reschedules for good cause for ________ day of 2022 at ___________ am/pm in Courtroom _____________ of The Berks County Courthouse.

BY THE COURT :

____________________________________ J.

H HOFFMAN
(484) 667-0741
THE UPS STORE #5999
320 COMMONS DR
PARKESBURG PA 19365-2154
1 LBS 1 OF 1
SHP WT: 1 LBS
DATE: 14 MAR 2022
SHIP TO: US COURTHOUSE
JAMES A BYRNE
LBBY
601 MARKET ST
PHILADELPHIA PA 19106-1737
PA 191 9-10
UPS GROUND
TRACKING #: 1Z 916 RR8 03 5663 6410
BILLING: P/P
ISH 13.00F ZZP 450 07.5V 02/2022

H. Hoffman
96 A Compass Rd.
Parkesburg Pa
19365
RECEIVED
MAR 15 2022
James A. Byrne
US Courthouse
601 Market Street
Philadelphia, Pa 1910
601 MARKET ST
PHILADELPHIA PA 19106
P: YELLOW S: 1MR I:112
0114-6066
1Z916RR8035663 6410
KRESC1013N DEST1 Mar 15 03:56:23 2022
US HIPPB 21.6.0 Z0520

