IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HEATHER HOFFMAN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 22-1005 |
| | : | |
| v. | : | |
| | : | |
| MELISSA KARPOVICH, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 16th day of August, 2022, after considering the amended complaint filed by the *pro se* plaintiff, Heather Hoffman (Doc. No. 14); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1.      The amended complaint (Doc. No. 14) is **DISMISSED WITH PREJUDICE**; and

2.      The clerk of court is **DIRECTED** to mark this matter as **CLOSED**.


BY THE COURT:



/s/ *Edward G. Smith*
EDWARD G. SMITH, J.